UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CRYSTAL GUY,**<br><br>    Plaintiff,<br><br>vs.<br><br>**CENTRAL CREDIT SERVICES, INC.;**<br>**and DOES 1 through 10, inclusive,**<br><br>    Defendant. | **Civil Action No.: 1:14-cv-00165-CKK**<br><br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff, CRYSTAL GUY, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, CENTRAL CREDIT SERVICES, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: March 19, 2014

                              RESPECTFULLY SUBMITTED,

                              By: /s/ L. Jeanette Rice
                              L. Jeanette Rice, Esq
                              Walsh, Becker, Moody & Rice
                              14300 Gallant Fox Lane # 218
                              Bowie, MD 20715
                              Telephone: 301-262-6000
                              Facsimile: 301-262-4403
                              Email: riceesq@walshbecker.com
                              *Attorney for Plaintiff,*
                              *Crystal Guy*

1