UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL GUY <br><br> Plaintiff <br><br> v. <br><br> CENTRAL CREDIT SERVICES, INC.; and DOES 1 through 10, inclusive, <br><br> Defendant | Civil Action No. **14cv165** <br> Judge Colleen Kollar-Kotelly |

**ORDER**

On March 24, 2014, the Court received notice from counsel for plaintiff that the parties have reached a settlement in principle, [10] *Notice of Settlement*.

Accordingly, it is this 25th day of March 2014,

**ORDERED** that this case is **DISMISSED**. The dismissal shall be **without prejudice** for a period of  40  days [until May 5, 2014] from the date of this Order. Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

_____<br>
JUDGE COLLEEN KOLLAR-KOTELLY<br>
United States District Judge